# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| Case Number: | CR 21-850 JCH | USA vs. | REED |
| Hearing Date: | 11/14/2023 | Defendant: | Jasper Reed |
| Time In and Out: | 9:34-10:02 | Total Time in Court: | 28 minutes |
| Courtroom Deputy: | N. Maestas | Court Reporter: | Irene Delgado |
| AUSA: | Raquel Ruiz-Velez | Defendant's Counsel: | James C Loonam |
| Sentencing in: | Albuquerque | Probation Officer: | Leonel Valencia |
| Interpreter: | | Interpreter Sworn? | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Indictment | Counts: | |
| Guilty Plea: | Accepted | Date of Plea/Verdict: | 06/21/2023 | Plea Agreement: | Accepted |
| PSR: | Not Disputed | ☒ Courts adopts PSR Findings | | Evidentiary Hearing: | Not Needed |
| Exceptions to PSR: | Defense counsel notes corrections to misspellings in paragraphs 44, 45 and 47 | | | | |

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 51 months |
|---|---|

☐ 500-Hour Drug Program   ☐ BOP sex-offender treatment program   Other:

| **SUPERVISED RELEASE:** | 3 years | ☒ Mandatory/Standard Conditions |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Defendant must participate in/successfully complete outpatient substance abuse treatment program; You shall waive your right of confidentiality. | ☒ | Defendant must submit to substance abuse testing to determine if you have used a prohibited substance; Testing shall not exceed 60 tests per year |
| ☒ | Defendant must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. | ☐ | Defendant must not use or possess alcohol; You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or alcohol monitoring technology program to determine if you have used alcohol; Testing shall not to exceed 4 tests per day. |
| ☐ | Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | Defendant must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). |
| ☒ | Defendant must participate in mental health treatment program and follow rules and regulations of the program; You shall waive your right of confidentiality. | ☐ | Defendant must take all mental health medications as prescribed by the treating physician. |
| ☐ | Defendant must participate in community-based program which provides education and training in: | ☒ | Defendant must reside at a Residential Reentry Center for a term of (up to) 180 days |
| ☐ | Defendant must complete ___ hours of community service as directed. | ☐ | Defendant must not communicate, or otherwise interact, with victim(s) directly or through someone else with approval of the probation officer. |
| ☐ | Defendant must participate in an educational or vocational service program and follow the rules and regulations of that program. | ☐ | Defendant must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s) w/o approval of the probation officer. |
| ☐ | Defendant must participate in, and successfully complete location monitoring as follows: | ☐ | Defendant must not communicate, or otherwise interact, with any known gang member. |
| ☐ | Defendant must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. | ☐ | Other: |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|

Based on the defendant's lack of financial resources, the Court will not impose a fine or a portion of a fine. However, in accordance with U.S.S.G. 5E1.2(e), the Court has imposed as a special condition that the defendant reside at a residential

reentry center. The Court concludes the total combined sanction without a fine or alternative sanction, other than the defendant reside at a residential reentry center, is sufficiently punitive.

Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest to those outlined in paragraph 18 in the plea agreement.

| OTHER | | |
|---|---|---|
| ☒ Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
| ☒ Recommended place(s) of incarceration: FCI Coleman Florida | | |
| ☐ Dismissed Counts: | | |

| PROCEEDINGS |
|---|
| Court in session - parties state appearances; Defense counsel confirms documents have been reviewed with Defendant, addresses requested changes to spellings in PSR, requests sentence of 47 months; Defendant addresses Court; Government requests sentence at the high end |